| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Gerber, Robert E. | 2. Court or Organization<br><br>US Bankruptcy Court SDNY | 3. Date of Report<br><br>01/13/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>US Bankruptcy Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination      Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>5b. ✔ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

Alexander Hamilton U.S. Custom House
One Bowling Green Ste 528
New York, NY 10004-1408

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | American College of Bankruptcy |
| 2. Director | American Bankruptcy Institute |
| 3. Member of Board of Governors | National Conference of Bankruptcy Judges |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Matthew Bender & Co. (LexisNexis), compensation for chapters written as contributing author to Collier on Bankruptcy | $2,240.00 |
| 2. 2013 | Hudson Valley Bankruptcy Bar Assn, compensation for doing continuing legal education program | $100.00 |
| 3. 2013 | Columbia Law School - Teaching | $6,000.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Self-employed writer |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Bankruptcy | 3/14/13-3/16/13 | Washington, DC | Board Meeting and Meeting | Transportation, Lodging, Food |
| 2. | American College of Bankruptcy | 3/22/13-3/22/13 | Newton, MA | Speaker at Program | Transportation, Food |
| 3. | National Conference of Bankruptcy Judges | 4/8/13-4/9/13 | Phoenix, AZ | Board Meeting | Transportation, Lodging, Food |
| 4. | American Bankruptcy Institute | 4/18/13-4/20/13 | National Harbor, MD | Board and Committee Meetings, Speaker at Program | Tranportation, Lodging, Food |

| | | | | |
|---|---|---|---|---|
| 5. | Association of Commercial Finance Attorneys | 5/30/13-6/1/13 | Manchester, VT | Speaker at Program | Transportation, Lodging, Food |
| 6. | American Bankruptcy Institute | 7/11/13-7/14/13 | Newport, RI | Speaker at Program | Transportation, Lodging, Food |
| 7. | American Bankruptcy Institute | 8/8/13-8/9/13 | Hershey, PA | Speaker at Program | Transportation, Lodging, Food |
| 8. | Hudson Valley Bankruptcy Bar Association | 9/19/13-9/20/13 | Hyde Park, NY | Speaker at Program | Transportation, Lodging, Food |
| 9. | Georgetown Law School | 9/26/13-9/27/13 | Washington, DC | Speaker at Program | Transportation, Lodging, Food |
| 10. | American Bankruptcy Institute | 10/23/13-10/27/13 | Berlin, Germany | Speaker at Program | Transportation, Lodging, Food |
| 11. | Commercial Law League of America/National Conf of Bankruptcy Judges (Shared Costs) | 10/29/13-11/2/13 | Atlanta, GA | Speaker at Program, Board Meeting | Transportation, Lodging, Food |
| 12. | American Bankruptcy Institute | 12/5/13-12/7/13 | Rancho Santa Fe, CA | Board and Committee Meetings | Transportation, Lodging, Food |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Northwestern Mutual Life | Policy Loans | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Robert E. | 01/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IN BROKERAGE ACCT #1 (Fidelity Investments): | | | | | | | | | |
| 2. - Columbia Acorn Fund Mutual Fund Shares | D | Dividend | M | T | Donated (part) | | | | |
| 3. - Rockland Co. NY, 3.50%, 2013, Muni Bonds | A | Interest | | | Matured | 01/15/13 | L | | Not Applicable |
| 4. - NY State Thruway 5.0%, 2019, Muni Bonds | C | Interest | L | T | | | | | |
| 5. - Fidelity Municipal Money Mkt Mut Fund Shares | A | Dividend | N | T | | | | | |
| 6. - Vanguard Limited Term Tax Exempt Fund Mutual Fund Shares | C | Dividend | K | T | Sold (part) | 08/06/13 | K | | Not Applicable |
| 7. - Same | | | | | Sold (part) | 08/19/13 | N | | Not Applicable |
| 8. - Same | | | | | Buy (add'l) | 06/13/13 | M | | Not Applicable |
| 9. - Fidelity Contrafund Mut Fund Shares | B | Dividend | K | T | | | | | |
| 10. - Baron Growth Fund Mut Fund Shares | B | Dividend | L | T | | | | | |
| 11. - Pimco Total Return Fund Mut Fund Shares | B | Dividend | | | Sold | 06/13/13 | M | | Not Applicable |
| 12. - Templeton Global Bond Fund Advisor Class | C | Dividend | | | Sold | 09/25/13 | M | | Not Applicable |
| 13. - BlackRock Equity Dividend Fund Institut Mut Fund Shares | A | Dividend | K | T | | | | | |
| 14. - JP Morgan Large Cap Growth Class Mut Fund Shares | B | Dividend | | | Sold | 03/11/13 | K | B | Not Applicable |
| 15. - BBH Core Select Fund Class N Mut Fund Shares | B | Dividend | L | T | | | | | |
| 16. - S&P 500 Depository Receipts ("SPDRs") | A | Dividend | K | | Buy | 03/11/13 | K | | Not Applicable |
| 17. IN BROKERAGE ACCT #2 (Fidelity Investments): | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Robert E. | 01/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - NY State Housing Finance Agency, 5.25%, 2015, Muni Bonds | B | Interest | | | Matured | 03/15/13 | L | | Not Applicable |
| 19. - Fidelity Municipal Money Mkt Mut Fund Shares | A | Dividend | M | T | | | | | |
| 20. - Vanguard Intermediate Term Tax Exempt Mutual Fund Shares | B | Dividend | M | T | Sold (part) | 06/13/13 | M | | Not Applicable |
| 21. - Vanguard Limited Term Tax Exempt Mutual Fund | A | Dividend | J | T | Buy | 06/13/13 | M | | Not Applicable |
| 22. - Same | | | | | Sold (part) | 08/19/13 | M | | Not Applicable |
| 23. ROLLOVER IRA #1, FIDELITY INVESTMENTS | E | Int./Div. | P1 | T | | | | | |
| 24. - Fidelity Cash Reserves Money Mkt Mut Fund Shares | | | | | | | | | |
| 25. - Tweedy Browne Global Value Fund Mut Fund Shares | | | | | Sold (part) | 01/17/13 | K | D | Not Applicable |
| 26. - Fidelity Contrafund Mut Fund Shares | | | | | | | | | |
| 27. - Ivy Asset Strategy Fund Cl 1 Mut Fund Shares | | | | | Sold (part) | 01/17/13 | K | D | Not Applicable |
| 28. - Morgan Stanley Global Long/Short Fund Mut Fund Shares | | | | | Sold (part) | 08/05/13 | M | | Not Applicable |
| 29. - Same | | | | | Sold (part) | 12/20/13 | K | | Not Applicable |
| 30. - BlackRock Global Allocation Fund Instit Mut Fund Shares | | | | | Sold (part) | 01/17/13 | J | A | Not Applicable |
| 31. - Pimco Total Rund Fund Institutional Mut Fund Shares | | | | | Sold (part) | 01/17/13 | J | A | Not Applicable |
| 32. - Same | | | | | Sold | 06/13/13 | L | | Not Applicable |
| 33. - BBH Core Select Fund Class N Mut Fund Shares | | | | | Sold (part) | 01/17/13 | K | C | Not Applicable |
| 34. - JP Morgan Large Cap Growth Sel Class Mut Fund Shares | | | | | Sold (part) | 01/17/13 | K | B | Not Applicable |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Robert E. | 01/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Same | | | | | Sold | 03/11/13 | L | D | Not Applicable |
| 36. - Fidelity Low Price Stock Mut Fund Shares | | | | | Buy | 03/16/12 | J | | Not Applicable |
| 37. - Same | | | | | Buy (add'l) | 11/19/12 | J | | Not Applicable |
| 38. - Same | | | | | Sold | 01/17/13 | J | A | Not Applicable |
| 39. - Vanguard Ltd Term Tax Exempt Fund Mut Fund Shs | | | | | Buy | 01/17/13 | M | | Not Applicable |
| 40. - Same | | | | | Sold (part) | 08/19/13 | M | | Not Applicable |
| 41. - S&P 500 Depository Receipts ("SPDRs") | | | | | Buy | 03/11/13 | K | | Not Applicable |
| 42. - Fidelity Spartan Mkt Index Advantage Class Mut Fund Shares | | | | | Buy | 06/13/13 | L | | Not Applicable |
| 43. IRA (#1), FIDELITY INVESTMENTS | C | Dividend | L | T | | | | | |
| 44. - Fidelity Cash Reserves Money Mkt Mut Fund Shares | | | | | | | | | |
| 45. - Templeton Global Bond Advisor Class Mut Fund Shares | | | | | Sold | 09/25/13 | L | | Not Applicable |
| 46. - Fidelity Low Price Stock Fund Mutual Fund Shares | | | | | Buy | 03/12/12 | J | | Not Applicable |
| 47. IRA (#2), FIDELITY INVESTMENTS | C | Dividend | L | T | | | | | |
| 48. - Tweedy Browne Global Value Fund Mut Fund Shares | | | | | | | | | |
| 49. - Baron Growth Mut Fund Shares | | | | | | | | | |
| 50. - Fidelity Contrafund Mut Fund Shares | | | | | | | | | |
| 51. - Fidelity Cash Reserves Money Mkt Mut Fund Shares | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Robert E. | 01/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IN BROKERAGE ACCOUNT #3, FIDELITY INVESTMENTS | | | | | | | | | |
| 53. - Spartan 500 Index Fid Investor Class Mutual Fund Shares | A | Dividend | K | T | | | | | |
| 54. - Baron Growth Mutual Fund Shares | A | Dividend | J | T | | | | | |
| 55. - Fidelity Municipal Money Mkt Mut Fund Shares | A | Dividend | J | T | | | | | |
| 56. - Vanguard Limited Term Tax Exempt Fund | A | Dividend | J | T | | 11/19/12 | J | | Not Applicable |
| 57. - Same | | | | | Sold (part) | 08/19/13 | J | | Not Applicable |
| 58. LIMITED PARTNERSHIP INTERESTS: | | | | | | | | | |
| 59. - Broadway 72 Assocs, Ltd Partnership Interest | E | Distribution | J | U | | | | | |
| 60. -FFHS&K Investment Assocs. 1983-1, Ltd Partnership Interest | | None | J | U | | | | | |
| 61. ROLLOVER IRA #2, FIDELITY INVESTMENTS | E | Int./Div. | P1 | T | | | | | |
| 62. - Fidelity Cash Reserves Money Market Mut Fund Shares | | | | | | | | | |
| 63. - Fidelity Contrafund Mut Fund Shares | | | | | | | | | |
| 64. - Federal Farm Credit Bank, 4.875%, 2018 Bonds | | | | | Matured | 06/04/13 | L | A | Not Applicable |
| 65. - Pimco Total Return Fund-Institutional Mut Fund Shares | | | | | | | | | |
| 66. - Blackrock Global Allocat Fund-Institut'l Mut Fund Shares | | | | | | | | | |
| 67. - Ivy Asset Strategy Fund Class 1 Mut Fund Shares | | | | | | | | | |
| 68. - BBH Core Select Fund Class N Mut Fund Shares | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Robert E. | 01/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - JP Morgan Large Cap Growth Sel Class | | | | | Sold | 03/11/13 | K | D | Not Applicable |
| 70. - Fidelity Low Price Stock Mut Fund Shares | | | | | | | | | |
| 71. - Fidelity Spartan Total Market Index Mutual Fund Shares | | | | | Buy | 06/13/13 | L | | Not Applicable |
| 72. - Standard & Poors 500 Depository Receipts ("SPDRs") | | | | | Buy | 03/11/13 | K | | Not Applicable |
| 73. 529 PLAN, FIDELITY INVESTMENTS | | None | M | T | | | | | |
| 74. - Fidelity UNIQUE 2015 Portfolio | | | | | | | | | |
| 75. INSURANCE POLICIES | | | | | | | | | |
| 76. - Northwestern Mutual Whole Life Policy #1 | D | Dividend | M | T | | | | | |
| 77. - Northwestern Mutual Whole Life Policy #2 | C | Dividend | L | T | | | | | |
| 78. - Northwestern Mutual Whole Life Policy #3 | C | Dividend | L | T | | | | | |
| 79. - Northwestern Mutual Whole Life Policy #4 | C | Dividend | L | T | | | | | |
| 80. - Northwestern Mutual Whole Life Policy #5 | B | Dividend | K | T | | | | | |
| 81. ROLLOVER IRA #3 (Morgan Stanley Smith Barney) | E | Interest | N | T | | | | | |
| 82. - Dreyfus Money Mkt Govt Secur Series Mut Fund Shares | | | | | | | | | |
| 83. - WI Clean Water 4.391% 2019 Muni Bonds | | | | | | | | | |
| 84. - NY Environmental Facilities 4.469% 2019 Muni Bonds | | | | | | | | | |
| 85. - NY City NY 4.899% 2020 Muni Bonds | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Robert E. | 01/13/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Timpanogos UT 4.69% 2018 Muni Bonds | | | | | | | | | |
| 87. - San Luis Obispo Cnty CA 7.45% 2019 Muni Bonds | | | | | | | | | |
| 88. - Brazoria Cnty TX 4.594% 2019 Muni Bonds | | | | | Sold | 07/12/13 | K | | Not Applicable |
| 89. - FL St Board of Ed 4.941% 2018 Muni Bonds | | | | | | | | | |
| 90. - Kauai Cnty HI 4.556% 2021 Muni Bonds | | | | | | | | | |
| 91. - Dallas TX 4.489% 2020 Muni Bonds | | | | | Sold | 07/12/13 | K | | Not Applicable |
| 92. - Anchorage AK 4.518% 2020 Muni Bonds | | | | | Sold | 07/12/13 | K | | Not Applicable |
| 93. - Los Angeles CA 4.53% 2022 Muni Bonds | | | | | Sold | 07/12/13 | K | | Not Applicable |
| 94. - IA Finance Auth 3.93% 2022 Muni Bonds | | | | | Buy | 11/14/11 | K | | Not Applicable |
| 95. - Same | | | | | Sold | 07/12/13 | K | | Not Applicable |
| 96. - NH Highway 4.334% 2022 Muni Bonds | | | | | Buy | 05/31/12 | J | | Not Applicable |
| 97. - King & Snohomish Counties WA 4.821% 2022 Muni Bonds | | | | | Buy | 09/24/12 | K | | Not Applicable |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Robert E. | 01/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III: When completing Part III for calendar year 2013, I realized that I failed to include the compensation for teaching at Columbia Law School, which I began in 2012, in my report for calendar year 2012. In 2012, as in 2013, I was paid $6,000 for the teaching. The requisite approval was obtained in each year.

Part VII: The dividends shown for mutual funds, as in the past, include capital gains dividends.

As in the past, routine deposits or withdrawals (i.e., purchases or sales) of money market funds have not been deemed to be reportable transactions, and have not been shown, but again as in the past, the income from the money market funds during the Reporting Period has been shown. However, when I have made final sales, and initial purchases, of such money market funds, I have shown such final sales, and initial purchases, as reportable "Sell" and "Buy" transactions. Transactions involving the reinvestment of mutual fund dividends and capital gains distributions are not shown as reportable transactions; however, the income from them is shown.

In 2006 and prior years, in the case of the whole life insurance policies shown on Lines #76 through #80 of this report, the "Income" shown had been the increase in cash value in each policy. In 2007, I began to apply dividends on the policies to reduce policy loans, and since then the increase in cash value is no longer the same as the dividend on each policy. As in my reports for 2007 and thereafter, the "Income" shown is the dividend on each policy, and not the cash value increase, as the former is a better indication of the income on each policy. The value shown for each policy is its net cash value, after subtracting outstanding loans from the gross cash value.

Twelve equal monthly purchases of less than $1,000 each were made of shares of the Fidelity UNIQUE 2015 Portfolio in the 529 Plan. They are not individually shown, since investments that do not exceed $1,000 are not to be individually reported. The aggregate value of the plan at the end of the year, which is to be reported, reflects those purchases, and investment results with respect to them.

The bonds listed on Lines #18 and 64 were called before maturity. As the FDR software's transaction type descriptions do not include "Called," I have used "Matured" as an approximation for that.

The limited partnership shown on line #59 made material distributions to me in 2013. It is obvious that an investment that could generate distributions at the "E" level has more than minimal value. But it is not publicly traded or otherwise valued, and, as in past years, only the book value of that investment is known. Thus the "J" Code, based on that book value, continues to be shown for 2013.

On 1/17/13, I sold shares of Fidelity Low Price Stock Fund that had been in Rollover IRA #1 at Fidelity Investments. When I sought to enter the sale on this year's report, I noticed that the shares that were sold on 1/17/13 had not previously been shown to be in that account, and it appears that I failed to enter the purchases of them in my report for calendar year 2012. I have tried to override the system and have shown their purchases, in 2012, here. The shares had been purchased (from the issuer) on 3/16/12 (in a transaction at the J Level) and on 11/19/12 (in another transaction at the J Level).

It appears that on my report for calendar year 2012, I failed to record another purchase of Fidelity Low Price Stock Fund, in IRA #1 at Fidelity Investments. I have tried to override the system and have shown their purchases, in 2012, here. If I had entered it on my report for calendar year 2012, it would have shown a purchase date of 3/12/12, at the "J" Level. Since the purchase of shares was from the issuer, it would have identified the counterparty as "Not Applicable."

It appears that on my report for calendar year 2012, I failed to record a purchase of Vanguard Limited Term Tax Exempt Fund, here in Brokerage Account #3 at Fidelity Investments. I have tried to override the system and have shown their purchase, in 2012, here. If I had entered the purchase on my report for calendar year 2012, it would have shown a purchase date of 11/19/12, at the "J" Level. Since the purchase of shares was from the issuer, it would have identified the counterparty as "Not Applicable."

My report for calendar year 2012 listed Pimco Total Return Fund Institutional mutual fund shares on Line 60 of that report. These were sold on 3/21/11 (as reflected on my report for calendar year 2011), but apparently not taken off my report for calendar year 2012, even though they had been sold in the prior year and reported as such. I took them off the report for this year, but for this reason my report for calendar year 2013 with respect to this investment may not reconcile with my report for calendar year 2012.

The IA Finance Authority 3.93% 2022 Muni Bonds whose sale is shown on Line 94 apparently were not shown on my reports for calendar years 2011 (when they were purchased) or 2012 when they were in Rollover IRA #3 sitting dormant. I tried to override the system and show the 2011 purchase here. They were purchased on 11/14/11 in a transaction at the "K" level. Because they were purchased through a broker from the issuer or in an anonymous open market transaction (I am not sure which), the counterparty is "Not Applicable."

It appears that my purchases of NH Highway 4.334% 2022 muni bonds and of King & Snohomish Counties 4.821% 2022 muni bonds in 2012 were omitted in my report for calendar year 2012. I have tried to override the system and have shown their purchases, in 2012, here.

A cash transfer, in the "M" value range, was made on 7/22/13 from Rollover IRA #3 to Rollover IRA #2. The sales of assets in Rollover IRA #3 that resulted in the cash that was transferred appear in the usual fashion on Lines #88, 91-93, and 95 of this report .

For ease of entry, and review, account name headers appear for accounts that are not aggregate ownership accounts.

In response to the Committee's letter of December 30, 2014, commenting on my initial report for calendar year 2013, I have reviewed my 2013 transactions in Vanguard Limited Term Tax Exempt Fund Mutual Fund Shares. The stated ending values for those shares as of 12/31/2012 (at the "M" level) and as of 12/31/2013 (at the "K" level) in my earlier submissions were each correct. So was my showing of a partial sale of those shares (at the "N" level) on 8/19/2013. The latter appeared to be a typographical error to the Committee's Reviewers because of a different error I made in the original report--a failure to show a buy of additional Vanguard Limited Term Tax Exempt shares, at the "M" level, on 6/13/13, with the proceeds of the sale of Pimco Total Return Fund on that day (which had been shown). The 6/13/13 purchase of the additional Vanguard Limited Term Tax Exempt Fund shares pushed the ownership of those shares up to the

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gerber, Robert E. | 01/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

"N" Level before the later partial sales of those shares on 8/6/13 and 8/19/13, respectively. The previously omitted "buy (add'l)" of the Vanguard Limited Term Exempt Fund shares now appears on line 8 of Part VII of this amended report. That has caused the line numbers for transactions shown after that line to increase by one in each instance, and the line numbers in the comments above have been changed in each instance to correspond to the new line numbers.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert E. Gerber**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544